# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1043**

**CAF 10-02162**

PRESENT: FAHEY, J.P., PERADOTTO, LINDLEY, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF PARKER E.R.
--------------------------------------------------
LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-APPELLANT;

ORDER

RICKY R., RESPONDENT,
AND ERIN N.S., RESPONDENT-RESPONDENT.
--------------------------------------------------
MARY KAY YANIK, ESQ., ATTORNEY FOR THE CHILD,
APPELLANT.

---

MARY KAY YANIK, ATTORNEY FOR THE CHILD, MOUNT MORRIS, APPELLANT PRO SE.

JOHN T. SYLVESTER, MOUNT MORRIS, FOR PETITIONER-APPELLANT.

JUAN A. NEVAREZ, ROCHESTER, FOR RESPONDENT-RESPONDENT.

---

Appeals from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered September 13, 2010 in a proceeding pursuant to Family Court Act article 10. The order dismissed the petition against respondent mother.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: September 30, 2011                    Patricia L. Morgan
                                               Clerk of the Court